# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 28, 2011

142630

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

JESSE RUFFIN, by his Guardian
MARGARET RUFFIN,
      Plaintiff-Appellant,

and

ELAINE RUFFIN,
      Plaintiff,

and

WILLIAM BEAUMONT HOSPITAL
and PATRICK WIATER, M.D., P.C.,
      Intervening Plaintiffs-Appellees,

and

BEVERLY HILLS ORTHOPAEDIC,
      Intervening Plaintiff,

v

AUTO CLUB INSURANCE COMPANY,
      Defendant.
_____/

SC: 142630
COA: 292687
Wayne CC: 07-701216-NF

On order of the Court, the application for leave to appeal the November 18, 2010 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *Miller v Detroit Medical Center* (Docket No. 141747) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 28, 2011

Clerk

h0620